**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RALPH STEPHEN COPPOLA, as trustee of R.S. Coppola trust, *et. al.*,<br><br>Plaintiffs<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00491-MMD-CLB<br><br>**ORDER TO FILE A COMPLAINT AND TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On September 9, 2025, Plaintiffs Ralph Stephen Coppola, as Trustee of the R.S. Coppola Trust, Ralph Stephen Coppola, as an individual, and Jesse David Soloman ("Plaintiffs") submitted one motion to proceed without prepayment of fees. (ECF No. 1.) This document appears to be a motion to proceed *in forma pauperis* on behalf of each named plaintiff. Also attached to this document is an "emergency motion for leave to use electronic filing," (ECF No. 1-1), and three declarations. (ECF Nos. 1-2, 1-3, 1-4.) However, these filings are deficient for several reasons.

First, Plaintiffs did not file a complaint in this matter. Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Accordingly, this matter cannot proceed without the filing of a complaint that explicitly delineates the parties to this action and the claims. Therefore, Plaintiffs are ordered to file a complaint within 30 days of the date of this order. The failure to comply with this order will result in dismissal of this action.

Second, the "motion to proceed without prepayment of fees" does not provide the information necessary to allow the Court to determine whether Plaintiffs can proceed *in forma pauperis*. First, the motion and the accompanying declarations combine a request

for all plaintiffs collectively and does not allow the Court to determine whether each Plaintiffs can or cannot pay the filing fees individually, which is required. Moreover, the motions and declarations do not provide any information about each individual plaintiff's income, assets, debts and the like, which is necessary for the Court to decide whether Plaintiffs qualify for *in forma pauperis* status. Accordingly, Plaintiffs' motion to proceed without the prepayment of fees, (ECF No. 1), is DENIED. Plaintiffs are further ordered to either complete and file an *in forma pauperis* application for each individually named plaintiff or pay the filing fee when filing the complaint in this case.

Finally, Plaintiffs' "emergency motion for leave to use electronic filing" is also improper as it is also filed collectively. Therefore, this motion, (ECF No. 1-1), is also DENIED. Each plaintiff must file an individual motion to file electronically providing all necessary information, including email address information for each plaintiff.

Accordingly, **IT IS ORDERED** that Plaintiff's motion to proceed without prepayment of fees, (ECF No. 1), is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' "emergency motion for leave to use electronic filing," (ECF No. 1-1), is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs must file their complaint on or before **Monday, October 27, 2025**.

**IT IS FURTHER ORDERED** Plaintiffs shall complete the attached "Application to Proceed in District Court Without Prepaying Fees or Costs – Long Form" for each named Plaintiff.

**IT IS FURTHER ORDERED** that on or before **Monday, October 27, 2025**, Plaintiffs must either: (1) file the attached fully complete application to proceed IFP with the Clerk of Court for each named Plaintiff; or (2) pay the full filing fee of $405 (consisting of the $350 filing fee and $55 administrative fee).

///

///

<u>Failure to comply all of the requirements of this order will result in a recommendation to the District Court to dismiss this case.</u>

**DATED**: September 26, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ *Plaintiff/Petitioner* v. _____ *Defendant/Respondent* | ) ) ) ) )   Civil Action No. |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Long Form)**

---

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

---

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☐ Yes   ☐ No<br>    Is property insurance included?   ☐ Yes   ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $            0.00 | $            0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ❏ Yes    ❏ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ❏ Yes   ❏ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: _____

    Your age: _____  Your years of schooling: _____

[Print]  [Save As...]  [Add Attachment]                                      [Reset]