UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RALPH STEPHEN COPPOLA, *et al.*, | Case No.: 3:25-cv-00491-MMD-CLB |
| Plaintiffs, | ORDER |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

On September 9, 2025, *pro se* Plaintiffs Ralph Stephen Coppola and Jesse David Solomon filed an emergency motion to use electronic filing, a motion to temporarily waive filing fees, and three supporting declarations but failed to file a complaint. (ECF Nos. 1, 1-1, 1-2, 1-3, 1-4.) On September 26, 2025, the Court denied the motion to use electronic filing because it was filed collectively rather than individually and directed Plaintiffs to file a complaint and a fully complete application to proceed *in forma pauperis* ("IFP") for each plaintiff or pay the full $405 filing fee by October 27, 2025. (ECF No. 3.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 4), recommending the Court dismiss this action without prejudice because of Plaintiffs' failure to comply with the Court's prior order. (ECF No. 4 at 3.) To date, no objections to the R&R have been filed. Because there is no objection, and, as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Baldwin properly points out, the Court warned Plaintiffs that this action would be recommended for dismissal if

...

they failed to comply with the Court's order. (ECF No. 4 at 1; ECF No. 3 at 3.) Because Plaintiffs have failed to comply with that directive, and the deadline has now expired, dismissal is appropriate. Having reviewed the R&R, Judge Baldwin did not clearly err.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that Plaintiffs' action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 19th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE